PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8944
      Facsimile: (415) 744-0134
      E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. BRASWELL,<br><br>      Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | Case No.: 2:15-cv-2672-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment will be extended by 30 days, from July 5, 2016 until August 4, 2016.

      This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because additional time is needed respond to Plaintiff's motion.

      The parties further stipulate that the Court's Scheduling Order (Dkt No. 5) shall be modified accordingly.

Stip. & Prop. Order for Ext.;  2:15-cv-2672-EFB       1

|     |                     |     |                                              |
| --- | ------------------- | --- | -------------------------------------------- |
|     |                     |     | Respectfully submitted,                      |
| 3   | Dated: July 1, 2016 |     | */s/ Monical Perales*                        |
|     |                     |     | (*as authorized via e-mail on July 1, 2016)  |
|     |                     |     | MONICA PERALES                               |
|     |                     |     | Attorney for Plaintiff                       |

Dated: July 1, 2016          PJILLIP A. TALBERT
                             Acting United States Attorney
                             DEBORAH LEE STACHEL
                             Acting Regional Chief Counsel, Region IX
                             Social Security Administration

                    By:      */s/ Marcelo Illarmo*
                             MARCELO ILLARMO
                             Special Assistant United States Attorney

                             Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

Dated: July 11, 2016.        _____
                             THE HONORABLE EDMUND F. BRENNAN
                             United States Magistrate Judge